```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILLIAM E. SCHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV467 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff's unopposed motion for continuance of trial and to amend the progression schedule, filing 32, is granted and,

a. A jury trial of this case is set to commence, at the court's call, January 30, 2006 in Omaha, Nebraska, before the undersigned Magistrate Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

b. The Final Pretrial Conference with the undersigned magistrate judge is set for January 19, 2006 at 11:30 a.m. in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

c. The deposition deadline is continued to December 23, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

d. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge