IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SCHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV467 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Based on the joint representations of the parties, the issues raised by the defendant's Motion to Quash The Evidentiary Deposition of Dr. Ric Jensen, or in the Alternative, for a Protective Order, filing 50, have been resolved without court intervention.

IT THEREFORE HEREBY IS ORDERED: Defendant's Motion to Quash, filing 50, is denied as moot.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge