IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SCHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | DOCKET NO. 8:04 CV 467 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation (docket no.: 59) of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

Dated this 3rd day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge